USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

APPLIED ENERGETICS, INC.
                Plaintiff,

-against-

NEW OAK CAPITAL MARKETS, LLC,
                Defendants.
-----------------------------------------------------------X

10 CIVIL 1669 (RMB)(GWG)

**JUDGMENT**

    Whereas on October 5, 2010, the Honorable Gabriel W. Gorenstein, United States Magistrate Judge, having issued a Report and Recommendation (the "report") recommending New Oak's Motion to compel arbitration be denied, and the matter having come before the Honorable Richard M. Berman, United States District Judge, and the Court, on December 3, 2010, having rendered its Decision and Order rejecting the report, granting New Oak's motion to compel arbitration, and closing the case, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Decision and Order dated December 3, 2010, the report is rejected and New Oak's Motion to Compel Arbitration is granted: accordingly, the case is closed.

**Dated:** New York, New York
          December 6, 2010

                                          **RUBY J. KRAJICK**

                                                Clerk of Court
                          BY:
                                                  Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/7/10